IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HEATHER WILT**, aka, **HEATHER M. KAUFFMAN**, : : **Plaintiff** : : v. : : **LAW OFFICE OF SAM STREETER, PLLC, et al.,** : : **Defendants** : | **CIVIL ACTION NO. 1:07-CV-1330** (Judge Conner) |

## **O R D E R**

AND NOW, this 20th day of December, 2007, upon consideration of plaintiff's motion (Doc. 12) to dismiss the claims against defendants CACH, LLC., CACV of Colorado, LLC, and Collect America Corporation, (hereinafter CAC Defendants"), and it appearing that the CAC Defendants concur in this motion, it is hereby ORDERED that:

1. The motion (Doc. 12) to dismiss the claims against the CAC Defendants is GRANTED.

2. The claims against the CAC Defendants are DISMISSED with prejudice.

3. The CAC Defendants are DROPPED as parties to the above-captioned case. See FED. R. CIV. P. 21.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge