**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HEATHER WILT,** | : | **CIVIL ACTION NO. 1:07-CV-1209** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SCOTT LOWERY LAW OFFICE, P.C.,** | : | |
| et al., | : | |
| | : | |
| **Defendants** | : | |

------------------------------------------------------------------------------

| | | |
|---|---|---|
| **HEATHER WILT,** | : | **CIVIL ACTION NO. 1:07-CV-1330** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **LAW OFFICE OF SAM STREETER,** | : | |
| **PLLC, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## <u>ORDER</u>

AND NOW, this 3rd day of January, 2008, upon consideration of the

concurred-in motion (Civil Action No. 1:07-CV-1330, Doc. 5) to consolidate Civil

Action No. 1:07-CV-1330 into Civil Action No. 1:07-CV-1209,[1] and it appearing that

the above-captioned cases involve common parties and common questions of fact

and law, <u>see</u> FED. R. CIV. P. 42(a), <u>see also</u> Cella v. Togum Constructeur Ensembleier

---

[1] The claims against all but two defendants—Sam Streeter and the Law
Office of Sam Streeter—have been dismissed.  (<u>See</u> Civil Action No. 1:07-CV-1209,
Doc. 21; Civil Action No. 1:07-CV-1330, Doc. 13.)  The remaining defendants concur
in the instant motion.  (<u>See</u> Civil Action No. 1:07-CV-1330, Doc. 11.)

en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing

consolidation), it is hereby ORDERED that:

1.   The motion (Civil Action No. 1:07-CV-1330, Doc. 5) to consolidate the above-captioned cases is GRANTED.

2.   The above-captioned cases are CONSOLIDATED for all purposes.

3.   The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:07-CV-1330 into the case docketed as Civil Action No. 1:07-CV-1209 and to CLOSE the case docketed as Civil Action No. 1:07-CV-1330.

4.   All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:07-CV-1209.[2]

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[2] The court notes that defendants Sam Streeter and the Law Office of Sam Streeter filed identical motions to dismiss in both cases on December 24, 2007.  (See Civil Action No. 1:07-CV-1209, Doc. 23; Civil Action No. 1:07-CV-1330, Doc. 15.) These motions shall be considered one motion for purposes of the consolidated case and defendants shall file only one brief in support in Civil Action No. 1:07-CV-1209.